1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-00541-JAM-CSK |
|---|---|
| | No. 2:25-cv-00544-JAM-CSK |
| | No. 2:25-cv-00565-JAM-CSK |
| | No. 2:25-cv-00567-JAM-CSK |
| | No. 2:25-cv-00568-JAM-CSK |
| | No. 2:25-cv-00571-JAM-CSK |
| | No. 2:25-cv-00572-JAM-CSK |
| | No. 2:25-cv-00576-JAM-CSK |
| | No. 2:25-cv-00579-JAM-CSK |
| | No. 2:25-cv-00582-JAM-CSK |
| | |
| | **ORDER** |

    Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

      The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

      Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00541, 2:25-cv-00544, 2:25-cv-00565, 2:25-cv-00567, 2:25-cv-00568, 2:25-cv-00571, 2:25-cv-00572, 2:25-cv-00576, 2:25-cv-00579 and 2:25-cv-00582 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated: March 05, 2025                /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE